C. A. Callan, defendant in error, v. William C. Hiberly, plaintiff in error. Gen. No. 8,544.

Heard in this court at the October term, 1931. Opinion filed February 15, 1932.

Earl S. Hodges, for plaintiff in error. Logan G. Griffith and McDavid, Monroe & Mann, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

# FOURTH DISTRICT.

Henry Nicklas, Jr., plaintiff in error, v. J. O. McCormick et al., defendants in error.

Heard in this court at the October term, 1931. Opinion filed February 1, 1932. Rehearing denied March 4, 1932.

Henry Nicklas, pro se. P. K. Johnson, for defendants in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

W. C. Clark and H. G. Modes, trading as W. C. Clark & Company, appellants, v. Hoering-Buchholz Company, Inc., and W. H. Neerman, appellees.

Heard in this court at the October term, 1931. Opinion filed February 1, 1932. Rehearing denied March 4, 1932.

Chapman & Du Hadway, for appellants; Jack McDonald, of counsel. J. P. Streuber, for appellees.

Mr. Presiding Justice Barry delivered the opinion of the court.

William Schwarz, appellee, v. Sarah A. Rebhan, executrix of the estate of Edward L. Rebhan, deceased, appellant.

Heard in this court at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 30, 1932.

W. E. Knowles, for appellant. P. C. Otwell, for appellee.

Mr. Justice Edwards delivered the opinion of the court.